UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCIS JAMES JOHNSON,<br><br>Petitioner,<br>v.<br>WARDEN BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:19-cv-00859-KJD-CWH<br><br>ORDER |

Francis James Johnson has submitted a 28 U.S.C. § 2254 habeas corpus petition on the court's form (ECF No. 1-1). The court screens the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. Johnson included a financial certificate but did not file an application to proceed in forma pauperis or pay the filing fee (*see* ECF No. 1). Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2), LSRs 1-1, 1-2.

Moreover, Johnson's purported habeas petition actually challenges a motion to declare him a vexatious litigant brought in state court. But federal habeas relief is only available on the ground that Johnson is in custody in violation of his federal constitutional rights. § 2254(a). In any event, this action shall be dismissed as improperly commenced.

**IT IS THEREFORE ORDERED** that the Clerk **shall detach and file** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 3 October 2019.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE